

```
                FILED           RECEIVED
                ENTERED         SERVED ON
                        COUNSEL/PARTIES OF RECORD

                    NOV 19 2010

                CLERK US DISTRICT COURT
                  DISTRICT OF NEVADA
        BY:                              DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:10-cr-544-RLH-LRL |
| v. ) | |
| ) | |
| JYOTHI PANIKKAR, ) | |
| ) | |
| Defendant. ) | |

### PRELIMINARY ORDER OF FORFEITURE

WHEREAS, on November 19, 2010, defendant JYOTHI PANIKKAR pled guilty to a One-Count Criminal Information charging him with Wire Fraud in violation of Title 18, United States Code, Section 1343 and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Information.

AND WHEREAS, this Court finds that JYOTHI PANIKKAR shall pay an *in personam* criminal forfeiture money judgment of $349,942.85 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America has an *in personam* criminal forfeiture money judgment of $349,942.85 in United States Currency against JYOTHI PANIKKAR.

DATED this _19_ day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE

2