

# SEALED

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

2011 MAR -2  P 3: 43

U.S.A. vs. Jyothi PANIKKAR                                    Docket No. 2:10-CR-00544-1

Petition for Action on Conditions of Pretrial Release

COMES NOW Samira Barlow, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jyothi PANIKKAR, who was placed under pretrial release supervision by Your Honor in the Court at Las Vegas, Nevada on November 19, 2010 on a Personal Recognizance Bond, with the following conditions:

1. Pretrial Services supervision.
2. Maintain or actively seek employment, and notify Pretrial Services of any change.
3. Do not obtain passport.
4. Travel restricted to the United States.

Respectfully presenting petition for action of Court and for cause as follows:

1. Based upon the defendant's expressed need and request for substance abuse treatment, Pretrial Services recommends the defendant participate in substance abuse treatment, alcohol testing and refrain from the use of alcohol.

PRAYING THAT THE COURT WILL ORDER THAT: The defendant's conditions of release are modified to include:

1. Refrain the use of alcohol.
2. Participate in the (Sobrietor) Remote Alcohol testing program and abide by all the requirements of the program which will include Remote Alcohol Monitoring or other location verification system.
3. Submit to a substance abuse assessment and participate in treatment as directed by Pretrial Services.
4. Pay all or part of the associated costs for both treatment and the Remote Alcohol testing program based on his ability to pay as determined by the pretrial services officer.

ORDER OF COURT

Considered and ordered this 2 day of March, 2011 and ordered filed and made a part of the records in the above case.

Honorable Roger L. Hunt
U.S. Chief District Judge

I declare under penalty of perjury that the information herein is true and correct.
Executed on this 2nd day of March, 2011

Respectfully Submitted,

Samira Barlow
United States Pretrial Services Officer

Place: Las Vegas, Nevada