# SEALED

Office of the United States Attorney
District of Nevada
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-CR-544-RLH-LRL |
| Plaintiff, ) | ORDER ON GOVERNMENT'S MOTION TO UNSEAL PLEA MEMORANDUM |
| v. ) | |
| JYOTHI PANIKKAR, ) | |
| Defendant. ) | |

**IT IS ORDERED** that the finding of this Court that government's Motion to Unseal Plea Memorandum is hereby granted.

DATED this 6th day of September 2011.

_____
UNITED STATES DISTRICT JUDGE