```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

        JAN - 4 2012

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>     v.<br><br>JYOTHI PANIKKAR,<br><br>           Defendant. | 2:10-cr-544-RLH-VCF<br>~~2:08-CR-064-RLH (GWF)~~ |

## ORDER OF FORFEITURE

This Court found on November 19, 2010, that JYOTHI PANIKKAR, shall pay a criminal forfeiture money judgment of $349,942.85 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JYOTHI PANIKKAR, a criminal forfeiture money judgment in the amount of $349,942.85 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 4 day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE