# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:10-CR-00544-RLH-VCF |
| vs. | ) | **O R D E R** |
| JYOTHI PANIKKAR, | ) | (Motion for Early Termination of Supervised Release-#39) |
| Defendant. | ) | |

Before the Court is Defendant's **Motion for Early Termination of Supervised Release** (#39, filed July 17, 2014) and the Court will exercise its authority and refer this matter to the United States Attorney for a response to the Motion.

IT IS THEREFORE ORDERED that Defendant's **Motion for Early Termination of Supervised Release** (#39) is hereby REFERRED to the UNITED STATES ATTORNEY for a response <u>within forty-five (45) days of the entry</u> this Order. Defendant <u>will then have fifteen (15) days thereafter</u> to file a reply to the response of the United States Attorney, and the matter will be referred for decision.

DATED:  July 21, 2014.

**Roger L. Hunt**
**United States District Judge**